*Franklin G. Wheeler* v. *John Van Kuren et al.* S. H. Hammond, for complainant. Usual decree for foreclosure, and sale of the mortgaged premises, and directing that the amount of the complainant's judgment may be paid by the master out of the surplus proceeds of the sale, on delivering to the master Russell's written consent to that effect. If that is not obtained, master to bring the whole surplus into court, after paying the amount reported due upon the bond and mortgage.

*Joseph Smith Perry* v. *Jane Amanda Perry.* J. Rhoades, for complainant; N. Hill, Jun., for defendant. Exceptions to master's report allowing exceptions to bill, for impertinence. The bill was filed by the husband against his wife, for a separation from bed and board, under the provisions of the 12th section of the act of the 10th of April, 1824. *(Laws of 1824 p. 249.)* The chancellor decided that it was not impertinent to state, in such a bill, acts of violence and misconduct on the part of the defendant towards the complainant's children and other members of his family &c., tending to establish such a continued course of bad conduct on the part of the wife towards the husband and those who are under his protection and care as to satisfy the court that it is unsafe for him to cohabit or live with her.

Exception to master's report allowed, and all the exceptions to the bill overruled.

*Robert C. Ketchum et al.* v. *Selah O. Durkee et al.* A. C. Paige, for appellant; John Howes, for respondents. So much of the decree appealed from as affects the appellant's right to any part of the property levied on by the execution, or as directs the complainant's costs to be paid out of the proceeds of the sale of any part of that property, or as directs that the appellant shall bear his own costs, reversed, and bill directed to be dismissed with costs as to the defendant E. C. Durkee. The residue of the appeal dismissed; without costs to either party.